904 F.2d 699
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
David ADAMS, Petitioner-Appellant,
v.
Talmadge BARNETT; Attorney General of North Carolina,
Respondents-Appellees.
 No. 89-7649.
 United States Court of Appeals, Fourth Circuit.
 Submitted: May 7, 1990.
Decided: May 25, 1990.
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (C/A No. 88-565-HC).
 David Adams, appellant pro se.
 Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, N.C., for appellee.
 E.D.N.C.
 DISMISSED.
 Before ERVIN, Chief Judge, and CHAPMAN and WILKINS, Circuit Judges.
 PER CURIAM:
 
 
 1
 David Adams seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion accepting the recommendation of the magistrate discloses that this appeal is without merit. Adams's claims that discrimination in the selection of the grand jury violated his rights to equal protection and due process are without merit, Tollett v. Henderson, 411 U.S. 258 (1973). His claim of ineffective assistance of counsel is similarly without merit, Hill v. Lockhart, 474 U.S. 52 (1985). Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED